IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARILYN MCCOY NORWOOD                                               PLAINTIFF

V.                    CASE NO.    4:10CV00020 JMM

WOODBRIDGE PULASKI LIMITED
PARTNERSHIP, OWNER OF
KANIS POINTE TOWNHOMES                                              DEFENDANT

## ORDER

Plaintiff filed her *pro se* complaint on January 14, 2010 alleging that Defendant is the owner of Kanis Pointe Townhomes and that Defendant has violated the ADA. Defendant filed an answer to Plaintiff's complaint on February 10, 2010. Thereafter, Plaintiff filed a Response to Answer to Complaint. Pending is Defendant's motion to strike the Response to Answer to Complaint. (Docket # 9).

The Federal Rules of Civil Procedure do not allow for the filing of a Response to an Answer, Fed. R. Civ. P. 7.[1] Accordingly, Defendant's motion to strike is granted. Plaintiff's response will be stricken from the record.

IT IS SO ORDERED this 5th day of April, 2010.

_____
James M. Moody
United States District Judge

---

[1] Fed. R. Civ. P. 7(a)(7) recognizes a reply to an answer only if ordered by the court. In this case, the Court did not order the Plaintiff to file a reply to the answer.